IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00229-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MARK JORDAN,

    Defendant.
_____

## ORDER
_____

Briefing upon Mark Jordan's Motion for New Trial Based on Newly Discovered Evidence of Actual Innocence (Doc 658 - filed October 21, 2013) is STAYED pending ruling by the Tenth Circuit Court of Appeals upon Defendant's Motion for Order Authorizing Filing of Second or Successive Motion Under 28 U.S.C. § 2255 (see Doc 659-1 - filed October 21, 2013).

                      BY THE COURT:

                      s/ Lewis T. Babcock
                      LEWIS T. BABCOCK, JUDGE

DATED: October 22, 2013